Vasilatos v Kickstarter PBC (2022 NY Slip Op 51385(U))

[*1]

Vasilatos v Kickstarter PBC

2022 NY Slip Op 51385(U) [77 Misc 3d 140(A)]

Decided on December 30, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 30, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2020-808 K C

Jerry Vasilatos, Appellant,
against
Kickstarter PBC, Respondent. 

Jerry Vasilatos, appellant pro se.
Davis Wright Tremaine, LLP (James Rosenfeld and Kathleen E. Farley of counsel), for
respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County
(Lorna J. McAllister, J.), entered January 9, 2020. The judgment, after a nonjury trial,
dismissed the action.

ORDERED that the judgment is affirmed, without costs.
In this small claims action, plaintiff seeks to recover the principal sum of $5,000
based on alleged defamatory statements made by defendant. Following a nonjury trial,
the Civil Court dismissed the action.
In a small claims action, this court's review is limited to a determination of whether
"substantial justice has . . . been done between the parties according to the rules and
principles of substantive law" (CCA 1807; see CCA 1804; Ross v
Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125 [2000]).

Upon a review of the record, we find that the court's determination rendered
substantial justice between the parties (see CCA 1804, 1807).
Accordingly, the judgment is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 30, 2022